UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA and NEW YORK STATE *ex rel.* MARK A. FAVORS,

        Plaintiff,

v.

QIN MEDICAL P.C. and DR. FENG QIN, M.D.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

v.

QIN MEDICAL P.C. and DR. FENG QIN, M.D.,

        Defendants.

No. 16 Civ. 4647 (LTS)

## JUDGMENT

Upon the consent of plaintiff the United States of America and defendants Qin Medical P.C. and Dr. Feng Qin, M.D. (together, "Defendants"), it is hereby

ORDERED, ADJUDGED and DECREED: that plaintiff the United States of America is awarded judgment in the amount of three million five hundred five thousand seven hundred fifty-eight dollars ($3,505,758) against Defendants, jointly and severally, as well as post-judgment interest at the rate of 12% per annum compounded daily.

Dated: New York, New York
      March 5 , 2021

                              /s/ Laura Taylor Swain
                          HONORABLE LAURA TAYLOR SWAIN
                          UNITED STATES DISTRICT JUDGE

Agreed to by:

Dated: New York, New York
      March 4 , 2021

                          AUDREY STRAUSS
                          United States Attorney
                          Southern District of New York

By: _____
                          JEAN-DAVID BARNEA
                          Assistant United States Attorney
                          86 Chambers Street, Third Floor
                          New York, New York 10007
                          Tel.:  (212) 637-2679
                          Fax:  (212) 637-2686

                          *Attorney for the United States of America*

Dated: New York, New York
February 22, 2021

_____
FENG QIN, M.D.
*Defendant*

Dated: New York, New York
February 22, 2021

QIN MEDICAL P.C.

By: _____
FENG QIN, M.D.
Medical Director
*Defendant*

Dated: New York New York
~~February~~ 3, 2021
March

ABELL ESKEW LANDAU LLP

By: _____
Kenneth M. Abell, Esq.
David Eskew, Esq.
11 Grace Avenue, Suite 309
Great Neck, NY 11021
Tel.:   (646) 970-7341/7342
Fax:    (646) 970-7345

*Attorneys for Defendants*